UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY MONTECINO (#391199)                     CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                     NO.: 18-00711-BAJ-EWD

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 21)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff Anthony Montecino's opposed **Motion for Summary Judgment (Doc. 12)**. The Magistrate Judge recommended that Plaintiff's Motion be denied without prejudice because it was prematurely filed before any discovery in this action was propounded, and because it fails to conform with local rules. (Doc. 21 at p. 1). Plaintiff's motion cites no evidence, and includes no attachments. *See* (Doc. 12). For a viable motion for summary judgment, Plaintiff would need to wait for further factual development, such as exchanging discovery or acquiring verified evidence to reference in the motion. Further, Plaintiff has failed to comply with the local rules, which require summary judgment motions to be accompanied by a separate statement of material facts. LOCAL CIVIL RULE 56(a).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (Doc. 21. at p. 1). Neither party objected. Having carefully considered the underlying Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 21)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 12)** is **DENIED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 20th day of December, 2019.

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**