## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ANTHONY MONTECINO (#391199)                              CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                              NO.: 18-00711-BAJ-SDJ

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 30)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses **Defendants' Partial Motion for Summary Judgment or in the Alternative Motion to Dismiss on the Pleadings (Doc. 28)**, filed on behalf of Defendants James LeBlanc, Timothy Hooper, and Damien Merritt. Plaintiff did not oppose the Motion.

Plaintiff, appearing *pro se*, is an inmate currently incarcerated at the David Wade Correctional Center.  In his complaint, he asserted violations of his constitutional rights under 42 U.S.C. § 1983 arising out of an altercation with Defendant Merritt. *See* (Doc. 6). In the Report and Recommendation, the Magistrate Judge found that Plaintiff failed to make any allegations directly against Defendants LeBlanc or Hooper and therefore failed to state a claim against them. (Doc. 30, at p. 5). However, Plaintiff thereafter adequately alleged an excessive force claim against Defendant Merritt. The Magistrate Judge clarified that Plaintiff cannot seek

monetary relief against Merritt in his official capacity, as such officials are not considered "persons" under § 1983. *Id*. at 7.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had 14 days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 21. at p. 1). Neither party objected. Having carefully considered the underlying Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 30)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that **Defendants' Partial Motion for Summary Judgment or in the Alternative Motion to Dismiss on the Pleadings (Doc. 28)** is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claims against Defendants LeBlanc and Hooper, and any claims seeking monetary relief against Defendant Merritt in his official capacity, are **DISMISSED**.

**IT IS FURTHER ORDERED** that this matter is hereby **REFERRED** to the United States Magistrate Judge for further proceedings on Plaintiff's remaining claims.

Baton Rouge, Louisiana, this 18th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**